## CAPELOUTO *v.* ORKIN EXTERMINATING CO. OF FLORIDA, INC.

No. 316.   Decided October 10, 1966.

*Wilfred C. Varn* for appellant.

*J. Lewis Hall* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## MASLOWSKY ET AL. *v.* CASSIDY, CHAIRMAN, ILLINOIS HOUSE OF REPRESENTA- TIVES COMMISSION, ET AL.

No. 574.   Decided October 10, 1966.

*Albert E. Jenner, Jr.,* and *Thomas P. Sullivan* for appellants.

*Owen Rall* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.

MR. JUSTICE DOUGLAS, MR. JUSTICE HARLAN and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted.